IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 7 |
| Tammia Maddox, ) | |
| Debtor. ) | Case Number 17-27874 |

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, ) | |
| *ex. rel.* ILLINOIS DEPARTMENT OF ) | |
| HUMAN SERVICES, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Adversary No. 17-00595 |
| Tammia Maddox, ) | |
| ) | Hon. Judge Schmetterer |
| Defendant. ) | |

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

This matter coming to be heard on the Motion for Default Judgment on the Verified Complaint, and after such hearing, the Court makes *and enters* the following findings of fact and conclusions of law:

### FINDINGS OF FACT.

1. Tammia Maddox worked for the Day Care Action Council May 2000 through September 2000 then again from December 2000 through July 6, 2001.

2. Tammia Maddox submitted to the State of Illinois four fictitious child care cases with the intent to receive fraudulent state child care funds.

3. Between July 2000 through September 2001, Tammia Maddox fraudulently received a total of $20,619.00 from state child care funds paid on behalf of the four fictitious child care cases.

4. Between July 2003 and September 2003, Tammia Maddox made two payments totaling $90.00 and $622.13 was recoup from tax refunds of the Debtor.

5. As of March 1, 2018, the sum of $19,906.87 is due.

## CONCLUSIONS OF LAW

6. Through her false representations, the defendant received a total of $20,619.00 in overpayments to which she was not entitled.

7. As of March 1, 2018, the defendant is indebted to plaintiff in the sum of $19,906.87.

8. Pursuant to 11 U.S.C. §523(a)(2)(A) of the Bankruptcy Code, this debt is not dischargeable, as it is a debt for obtaining money by false representations.

9. Defendant's debt to plaintiff is excepted, under 11 U.S.C. §523(a)(2)(A), from any discharge granted the defendant in the underlying bankruptcy case.

Enter: [signature]

Dated: APR 10 2018
4/10/18